# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAREN R. DEWITT & CARYN J. DEWITT                     Case Number: 07-72020
2312 MUSTANG TRAIL                   SSN-xxx-xx-9045 & xxx-xx-4238
WOODSTOCK, IL  60098

Case filed on:          8/25/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF PUBLIC AID | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPT OF HEALTHCARE | 64,351.26 | 64,351.26 | 0.00 | 0.00 |
|  | Total Priority | 64,351.26 | 64,351.26 | 0.00 | 0.00 |
| 010 | DAREN R. DEWITT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | SAXON MORTGAGE SERVICES INC | 46,049.42 | 46,049.42 | 0.00 | 0.00 |
|  | Total Secured | 46,049.42 | 46,049.42 | 0.00 | 0.00 |
| 003 | RECOVERY MANAGEMENT SYSTEMS CORP | 1,554.10 | 1,554.10 | 0.00 | 0.00 |
| 004 | CENTURY DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MCM | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RESURGENCE FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | B-REAL LLC | 480.80 | 480.80 | 0.00 | 0.00 |
|  | Total Unsecured | 2,034.90 | 2,034.90 | 0.00 | 0.00 |
|  | Grand Total: | 112,435.58 | 112,435.58 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan